**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 17-00900 |
|---|---|
| RAYMOND HENRY MIMS | |
| LAURA TIFFANY JACKSON MIMS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/12/2017.

2) The plan was confirmed on 03/20/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 11/29/2018.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $14,321.78 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,321.78

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,374.53 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $662.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,037.29

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARGON AGENCY | Unsecured | NA | 546.27 | 546.27 | 0.00 | 0.00 |
| AFFILIATED DENTISTS SC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,835.00 | NA | NA | 0.00 | 0.00 |
| ATT UVERSE | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD PET HOSPITAL | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 0.00 | 3,962.00 | 3,962.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 1,989.07 | 1,989.07 | 0.00 | 0.00 |
| COPPS MIDDLETON | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 7,878.22 | 7,878.22 | 0.00 | 0.00 |
| CREDIT BUREAU DATA | Unsecured | 105.00 | 300.20 | 300.20 | 0.00 | 0.00 |
| DANE COUNTY CLERK OF COURT | Unsecured | NA | 207.39 | 207.39 | 0.00 | 0.00 |
| DORN TRUE VALUE SUN PRAIRIE | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL ASSOCIATES | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| HOME CONCEPT INC | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 12,900.00 | 13,823.22 | 13,035.00 | 5,066.17 | 943.51 |
| LA Z BOY FURNITURE GALLERIES | Unsecured | 1,108.00 | NA | NA | 0.00 | 0.00 |
| MEADOWOOD ACE HARDWARE | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| MEADOWOOD ACE HARDWARE | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| MEADOWOOD ACE HARDWARE | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| PELICAN AUTO FINANCE LLC | Unsecured | 135.00 | NA | 788.22 | 0.00 | 0.00 |
| PIZZA HUT MAPLE VALLEY #29 | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| PIZZA HUT MAPLE VALLEY #29 | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| PIZZA HUT MAPLE VALLEY #29 | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER CORP | Unsecured | 1,383.00 | NA | NA | 0.00 | 0.00 |
| SLUMBERLAND #70 | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| SLUMBERLAND #70 | Unsecured | 2,004.00 | NA | NA | 0.00 | 0.00 |
| SLUMBERLAND #71 | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| SLUMBERLAND #71 | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SLUMBERLAND #71 | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| ST MARY AND AFFLIATE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| THE STARK COLLECTION AGENCY | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO CREDIT CORP | Unsecured | 308.00 | NA | 289.15 | 0.00 | 0.00 |
| UNITED AUTO CREDIT CORP | Secured | 8,975.00 | 9,572.15 | 9,283.00 | 3,602.95 | 671.86 |
| WISCONSIN BELL INC | Unsecured | NA | 1,252.35 | 1,252.35 | 0.00 | 0.00 |
| WOLFF KUBLY ACE HARDWARE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| WOLFF KUBLY ACE HARDWARE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Woodman S - Madison WEST #20 | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| WP&L COMPANY | Unsecured | NA | 1,049.17 | 1,049.17 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,318.00 | $8,669.12 | $1,615.37 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$22,318.00** | **$8,669.12** | **$1,615.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,262.04** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,037.29 |
| Disbursements to Creditors | $10,284.49 |
| **TOTAL DISBURSEMENTS:** | **$14,321.78** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/12/2018    By: /s/ Tom Vaughn
                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**